**COPY**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERLINDO RODRIGUEZ,<br>　　　　　Petitioner,<br>　v.<br>PEOPLEOF THE STATE OF CALIFORNIA,<br>　　　　　Respondent. | No. EDCV 07-1498-GW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 19, 2009

　　　　　　　　　　　　　　　　　GEORGE H. WU
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE